# Exhibit A

# United States Bankruptcy Court, District of Delaware

Fill in this information to identify the case (Select only one Debtor per claim form):

**Debtor:** AVENUE STORES, LLC

**Case Number:** 19-11842

RECEIVED SEP 1 2 2019 Prime Clerk LLC

Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

[✓] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] No Copy Provided

**1. Who is the current creditor?**
EJ MANUFACTURING, INC.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[✓] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
MORGAN & CURTIS ASSOCIATES, INC.
Name
471 N BROADWAY SUITE # 145
Number  Street
JERICHO    NY    11753
City    State    ZIP Code
Contact phone  516 933 0880
Contact email _____

Where should payments to the creditor be sent? (if different)
Name _____
Number  Street _____
City    State    ZIP Code
Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
[✓] No
[ ] Yes. Claim number on court claims registry (if known) _____
Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[✓] No
[ ] Yes. Who made the earlier filing? _____

Modified Official Form 410    Proof of Claim    
191184280000024
page 1

Claim Number: 67

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __2__ __2__ __8__ __7__

**7. How much is the claim?** $_____42,065.10_____. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

GOODS SOLD

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Modified Official Form 410        Proof of Claim        page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check one:

    Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(   ) that applies.    $_____

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $_____

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 08/23/2019 (mm/dd/yyyy)

_Russell Sessler_ President
Signature

Print the name of the person who is completing and signing this claim:

Name: RUSSELL    SESSLER
    First name    Middle name    Last name

Title: PRESIDENT

Company: MORGAN & CURTIS ASSOCIATES, INC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 471 N BROADWAY SUITE # 145
    Number    Street
JERICHO    NY    11753
    City    State    ZIP Code

Contact phone: 516 933 0880    Email: RUSSELL@MORGANCURTISCOLLECTS.COM

RUSSELL@MORGANCURTISCOLLECTS.COM

EJ MFG. INC.
2648 Grand Ave
Bellmore, NY 11710

## Avenue

| Date | Invoice# | Amount |
|------|----------|--------|
| 5/29/2019 | E02197 | 2646.00 |
| 5/29/2019 | E02198 | 10684.80 |
| 5/29/2019 | E02199 | 3024.00 |
| 5/29/2019 | E02200 | 14994.00 |
| 5/29/2019 | E02201 | 5670.00 |
| 5/29/2019 | E02202 | 5046.30 |

## Total = 42,065.10

*Morgan & Curtis Associates, Inc*

471 N BROADWAY SUITE # 145
JERICHO, NY 11753
ADDRESS CORRECTION REQUESTED



RECEIVED
SEP 1 2 2019
Prime Clerk LLC



02 1P   $ 000.80⁰
0000807235   SEP 09 2019
MAILED FROM ZIP CODE 11791

Avenue Stores, LLC Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (877) 473-2271

11228153

# United States Bankruptcy Court, District of Delaware

**Fill in this information to identify the case (Select only one Debtor per claim form):**

Debtor: AVENUE STORES, LLC

Case Number: 19-11842

CDS 09/13/2019

2019 SEP 13 AM 8:44

Official Form 410

# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
EJ MANUFACTURING, INC.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
MORGAN & CURTIS ASSOCIATES, INC.
Name
471 N BROADWAY SUITE # 145
Number    Street
JERICHO    NY    11753
City    State    ZIP Code
Contact phone 516 933 0880
Contact email _____

Where should payments to the creditor be sent? (if different)
Name _____
Number    Street _____
City    State    ZIP Code
Contact phone _____
Contact email _____

RECEIVED SEP 1 9 2019 Prime Clerk LLC

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/___  MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] No Copy Provided

191184280000103

Modified Official Form 410    Proof of Claim    page 1

Claim Number: 86

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __2__ __2__ __8__ __7__

**7. How much is the claim?** $ _____42,065.10_____. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

GOODS SOLD

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:  $_____

Amount of the claim that is secured:  $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. Check one: | Amount entitled to priority |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☒ No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $_____ |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 08/23/2019 (mm/dd/yyyy)

_Signature_

Print the name of the person who is completing and signing this claim:

Name: RUSSELL SESSLER
Title: PRESIDENT
Company: MORGAN & CURTIS ASSOCIATES, INC
Address: 471 N BROADWAY SUITE # 145
JERICHO, NY 11753
Contact phone: 516 933 0880
Email: RUSSELL@MORGANCURTISCOLLECTS.COM
RUSSELL@MORGANCURTISCOLLECTS.COM

Modified Official Form 410    Proof of Claim    page 3

EJ MFG. INC.
2648 Grand Ave
Bellmore, NY 11710

## Avenue

| Date | Invoice# | Amount |
|---|---|---|
| 5/29/2019 | E02197 | 2646.00 |
| 5/29/2019 | E02198 | 10684.80 |
| 5/29/2019 | E02199 | 3024.00 |
| 5/29/2019 | E02200 | 14994.00 |
| 5/29/2019 | E02201 | 5670.00 |
| 5/29/2019 | E02202 | 5046.30 |

**Total = 42,065.10**

00356
00500

**FedEx Express** Package US Airbill

FedEx Tracking Number: 8139 3748 4887

Form ID No. 0215

Recipient's Copy

**1 From**
Date: 11-11
Sender's Name: _____ Phone: _____
Company: _____
Address: _____
Dept/Floor/Suite/Room: _____
City: _____ State: _____ ZIP: _____

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: _____ Phone: 212-___-____
Company: PRIME CLERK
Address: 850 3RD AVE STE 412
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Dept/Floor/Suite/Room: _____
Address: _____
City: BROOKLYN State: NY ZIP: 11232

RECEIVED SEP 19 2019 PRIME CLERK LLC

8139 3748 4887

**4 Express Package Service** *To most locations.* Packages up to 150 lbs. For packages over 150 lbs., use the FedEx Express Freight US Airbill.

Next Business Day:
☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight

2 or 3 Business Days:
☐ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging** *Declared value limit $500.*
☐ FedEx Envelope*  ☐ FedEx Pak*  ☐ FedEx Box  ☐ FedEx Tube  ☐ Other

**6 Special Handling and Delivery Signature Options**
☐ Saturday Delivery
☐ No Signature Required  ☐ Direct Signature  ☐ Indirect Signature

Does this shipment contain dangerous goods?
☐ No  ☐ Yes As per attached Shipper's Declaration  ☐ Yes Shipper's Declaration not required  ☐ Dry Ice, 9, UN 1845 ___ x ___ kg
☐ Cargo Aircraft Only

**7 Payment** Bill to:
☐ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages: ___  Total Weight: ___ lbs  Credit Card Auth.: ___

611

Rev. Date 5/15 · Part #153134 · ©1994-2015 FedEx · PRINTED IN U.S.A. SRM