# Exhibit B

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

EJ MFG INC.
2648 GRAND AVE
BELLMORE NY 11710

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 684410 | 05/15/2019 | 05/21/2019 | $ 82,135.76 | 034893-2019 | 04/29/2019 | -$ 933.66 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | 034904-2019 | 04/29/2019 | - 591.15 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | 948-72615-2019 | 05/09/2019 | - 6.40 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02152-2019 | 04/05/2016 | 22,956.50 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02153-2019 | 04/05/2019 | 7,505.84 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02154-2019 | 04/05/2019 | 6,248.86 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02159-2019 | 04/05/2019 | 1,799.04 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02160-2019 | 04/05/2019 | 1,565.17 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02161-2019 | 04/10/2019 | 5,685.95 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02162-2019 | 04/10/2019 | 8,586.67 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02167-2019 | 04/15/2019 | 12,168.58 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02168-2019 | 04/15/2019 | 4,581.23 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02169-2019 | 04/15/2019 | 5,601.38 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02170-2019 | 04/15/2019 | 2,348.12 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02171-2019 | 04/15/2019 | 3,033.53 |
| 684410 | 05/15/2019 | 05/21/2019 | 82,135.76 | E02172-2019 | 04/15/2019 | 1,586.10 |
| 684699 | 05/22/2019 | 05/29/2019 | 3,222.86 | 034944-2019 | 05/06/2019 | - 284.34 |
| 684699 | 05/22/2019 | 05/29/2019 | 3,222.86 | 1000114 | 05/21/2019 | - 550.00 |
| 684699 | 05/22/2019 | 05/29/2019 | 3,222.86 | 950-72615-2019 | 05/16/2019 | - 25.55 |
| 684699 | 05/22/2019 | 05/29/2019 | 3,222.86 | E02163-2019 | 04/12/2019 | 4,082.75 |
| 685106 | 05/29/2019 | 06/05/2019 | 8,351.48 | E02164-2019 | 04/15/2019 | 1,863.46 |
| 685106 | 05/29/2019 | 06/05/2019 | 8,351.48 | E02165-2019 | 04/19/2019 | 2,098.88 |
| 685106 | 05/29/2019 | 06/05/2019 | 8,351.48 | E02166-2019 | 04/19/2019 | 4,389.14 |
| 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | 035016-2019 | 05/27/2019 | - 2,770.56 |
| 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | 12672-2019 | 06/03/2019 | - 240.00 |
| 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | 12672REV | 06/10/2019 | 240.00 |
| 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | 953-72615-2019 | 05/30/2019 | - 46.60 |
| 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | 954-72615-2019 | 06/06/2019 | - 4.55 |
| 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02173-2019 | 05/06/2019 | 1,501.30 |
| 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02174-2019 | 05/06/2019 | 1,460.23 |

|    | A      | B          | C          | D         | E          | F          | G        |
|----|--------|------------|------------|-----------|------------|------------|----------|
| 42 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02175-2019 | 05/06/2019 | 2,302.21 |
| 43 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02176-2019 | 05/06/2019 | 1,743.71 |
| 44 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02177-2019 | 05/10/2019 | 4,380.67 |
| 45 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02178-2019 | 05/10/2019 | 2,423.05 |
| 46 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02179-2019 | 05/10/2019 | 4,774.95 |
| 47 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02180-2019 | 05/10/2019 | 4,800.53 |
| 48 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02181-2019 | 05/10/2019 | 1,145.37 |
| 49 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02182-2019 | 05/10/2019 | 1,752.27 |
| 50 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02183-2019 | 05/10/2019 | 2,229.73 |
| 51 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02184-2019 | 05/10/2019 | 2,251.06 |
| 52 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02185-2019 | 05/06/2019 | 5,894.37 |
| 53 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02186-2019 | 05/03/2019 | 6,728.41 |
| 54 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02187-2019 | 05/06/2019 | 3,821.84 |
| 55 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02188-2019 | 05/06/2019 | 4,086.61 |
| 56 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02189-2019 | 05/06/2019 | 5,693.96 |
| 57 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02190-2019 | 05/06/2019 | 3,861.22 |
| 58 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02191-2019 | 05/06/2019 | 5,281.08 |
| 59 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02192-2019 | 05/06/2019 | 3,538.09 |
| 60 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02193-2019 | 05/06/2019 | 5,831.29 |
| 61 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02194-2019 | 05/06/2019 | 8,866.09 |
| 62 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02195-2019 | 05/06/2019 | 8,277.35 |
| 63 | 685625 | 06/12/2019 | 06/18/2019 | 95,297.52 | E02196-2019 | 05/06/2019 | 5,473.84 |
| 64 | TOTAL  |            |            | $ 189,007.62 | 48      |            |          |